UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

$26,234.00 UNITED STATES CURRENCY
SEIZED FROM 100 BLEACKER ROAD,
ROCHESTER, NEW YORK; AND

$144,577.00 UNITED STATES CURRENCY
SEIZED FROM 182 FERNCLIFFE DRIVE,
ROCHESTER, NEW YORK,

                Defendants *in rem*.

25-CV-6704

---

## VERIFIED COMPLAINT *IN REM*

The United States of America, by its attorneys, Michael DiGiacomo, United States Attorney for the Western District of New York and Elizabeth M. Palma, Assistant United States Attorney, of counsel, for its Verified Complaint *in rem* herein alleges as follows:

## CAUSE OF ACTION

1.    This is a civil action *in rem* pursuant to Title 21, United States Code, Section 881(a)(6) for the forfeiture of $26,234.00 in United States currency and $144,577.00 in United Stated currency (hereinafter the "Defendant Currency"), which were seized during the execution of search warrants on or about April 28, 2025.

**JURISDICTION AND VENUE**

2. This Court has subject matter jurisdiction over an action commenced by the United States pursuant to Title 28, United States Code, Section 1345 and over an action for forfeiture pursuant to Title 28, United States Code, Section 1355(a).

3. This Court has *in rem* jurisdiction pursuant to Title 28, United States Code, Sections 1355(b) because the acts or omissions giving rise to the forfeiture occurred in the Western District of New York.

4. Venue is properly premised in the Western District of New York pursuant to Title 28, United States Code, Section 1395, because the Defendant Currency is currently in the custody of the United States Marshals Service for the Western District of New York.

**FACTUAL ALLEGATIONS**

5. Since December 2024, members of the Rochester Police Department – Special Investigations Section, and the Drug Enforcement Administration (hereinafter "DEA"), have been investigating illegal narcotics distribution activities of Christopher Major.

6. Over the course of the investigation, investigators identified multiple residences associated with Christopher Major.

7. Two of the locations identified were 100 Bleacker Road, Rochester, New York, and 182 Ferncliffe Drive, Rochester, New York.

8. On April 24, 2025, Honorable Victoria Argento, Supreme Court Justice, authorized and signed search warrants for six addresses, including 100 Bleacker Road, Rochester, New York and 182 Ferncliffe Drive, Rochester, New York.

9. On April 28, 2025, members of the Rochester Police Department ("RPD") executed search warrants at 100 Bleacker Road, Rochester, New York, and 182 Ferncliffe Drive, Rochester, New York.

10. During the execution of the warrant at 100 Bleacker Road, officers located and seized:

    a. approximately 5.140 kilograms (including drug packaging) of whitish powdery substance (consistent with the appearance of cocaine), was located within the residence;

    b. a white digital scale with whitish residue was located on the floor of this closet, and a clear sandwich bag containing a whitish powdery substance (consistent with the appearance of cocaine);

    c. $26,234.00 in U.S. Currency.

11. On June 6, 2025, the DEA Forensic Laboratory reported that the drugs seized from 100 Bleacker Road were cocaine and fentanyl.

12. During the execution of the warrant at 182 Ferncliffe Drive, officers located and seized:

    a. approximately 10 grams of a powdery substance (consistent with the appearance of fentanyl) located in a plastic blender cup on the dresser;

    b. 2 grams off-white wax-like substance (consistent with the appearance of crack cocaine);

    c.    zipper pouch that contained new/unused purple Ziploc-style bags;

    d.    two digital scales;

    e.    a rubber container with whitish residue;

    f.    a fork with whitish residue;

    g.    a box of Armscor .45 caliber ammunition containing 50 live rounds of .45 caliber ammunition;

    h.    $7,469.00 U.S. Currency on the bed;

    i.    $378.00 U.S. Currency in a water jug; and

    j.    $136,730.00 U.S. Currency in a safe.

13.    On June 4, 2025, the DEA Forensic Laboratory reported that the drugs seized from 182 Ferncliffe Drive were crack cocaine and fentanyl.

## CONCLUSION AND REQUEST FOR RELIEF

14.    Based on all of the foregoing facts, the circumstances surrounding these facts, and the experience and training of the law enforcement officers involved, there is a reasonable belief that the Defendant Currency constitutes moneys furnished or intended to be furnished by any person in exchange for a controlled substance, proceeds traceable to such an exchange, and/or moneys used or intended to be used to facilitate any distribution of controlled substances distribution and is subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(6).

WHEREFORE, the United States of America respectfully requests that:

(1) an arrest warrant *in rem* be issued for the arrest of the Defendant Currency;

(2) all persons having any interest therein be cited to appear and show cause why the forfeiture should not be decreed;

(3) a judgment be entered declaring the Defendant Currency condemned and forfeited to the United States of America for disposition in accordance with the law;

(4) the costs of this suit be paid to and recovered by the United States of America; and

(5) the Court grants such other and further relief as deemed just and proper.

DATED:   October 1, 2025
Buffalo, New York.

MICHAEL DIGIACOMO
United States Attorney
Western District of New York

By: /s/ *Elizabeth M. Palma*
ELIZABETH M. PALMA
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5860
elizabeth.palma@usa.doj.gov

STATE OF NEW YORK    )
COUNTY OF MONROE  )    ss.:
CITY OF ROCHESTER   )

JAMES GASHLIN, being duly sworn, deposes and says:

I am a Task Force Officer detailed to the Drug Enforcement Administration ("DEA"), Rochester, New York, and I am familiar with the facts and circumstances surrounding the seizure of $26,234.00 and $144,577.00 from Christopher Major in Rochester, New York on or about April 28, 2025. The facts alleged in the Complaint for Forfeiture are true to the best of my knowledge and belief based upon information furnished to me by officials of the DEA and the Rochester Police Department and provided to the officials of the United States Attorney's Office.

*s/ James Gashlin*
JAMES GASHLIN
Task Force Officer
Drug Enforcement Administration

Subscribed and sworn to before me
this 2 day of October, 2025.

*s/ Stephanie Chapman*
STEPHANIE CHAPMAN
Notary Public, State of New York
Qualified in Monroe County
Reg. No. 01CH6446283
My Commission Expires 1-17-2027